App. Div.] First Department, March, 1916.

Northern Bank of New York, Respondent, v. Lida M. Fleitman, as Administratrix, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

Joseph Spencer Kennard, Appellant, v. Franklin Brandreth and Others, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

Marcus M. Marks, Respondent, v. Louis H. Abenheimer, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

The Electric Storage Battery Company, Respondent, v. Mason-Seaman Transportation Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

Julia R. Kelsey, Respondent, v. William Bradley, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

The People of the State of New York, Respondent, v. Terence Reilly, Appellant, Impleaded with Another.— Judgment and orders affirmed. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

Horace A. Demarest, Appellant, v. Frank A. Carr and Another, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.; Clarke, P. J., dissented.

George Barrie and Others, Copartners, etc., Appellants, v. J. Macy Willets, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

Augusta Schmelz, Appellant, v. George Schmelz, Respondent.— Judgment reversed, with costs, and judgment directed for plaintiff, with costs. Findings to be settled on entry of order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

John R. Jones, Respondent, v. Solomon L. Youngentob, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $500; in which event the judgment as so modified and order affirmed, with costs of appeal to respondent. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Lehigh Valley Railroad Company, Appellant, v. Lehigh Valley Coal Sales Company, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

Seventy-eighth Street and Broadway Company, Appellant, v. Purssell Manufacturing Company, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

The People of the State of New York ex rel. Henry J. Coleman, Respondent, v. Thomas Lang, Appellant, Impleaded with Others. The People of the State of New York ex rel. Henry J. Coleman, Respondent, v. Fred Ross, Appellant, Impleaded with Others.— Judgments affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.